IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TIEL JENKINS, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:22-CV-01021-P |
| | § | |
| AMEDISYS HOLDING, L.L.C. | § | |
| D/B/A ASANA HOSPICE, AN | § | |
| AMEDISYS CO., | § | |
| | § | |
| DEFENDANT. | § | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

In accordance with FED. R. CIV. P. 56 and LOCAL RULE 56.4, Defendant Amedisys Holding, L.L.C. ("Amedisys" or "Defendant") submits *Defendant's Motion for Summary Judgment* ("Motion") seeking dismissal of all causes of action alleged by Plaintiff Tiel Jenkins ("Jenkins" or "Plaintiff") in *Plaintiff's Complaint* [ECF No. 1].

As permitted under LOCAL RULE 56.4(b), Defendant's evidence, argument, and authorities in support of this *Motion* are set forth in the accompanying *Brief in Support of Defendant's Motion for Summary Judgment* and the *Appendix in Support of Defendant's Motion for Summary Judgment*.

For the reasons set forth in the accompanying brief, the Court should grant Defendant's *Motion*, dismiss all claims alleged by Jenkins with prejudice, and grant Defendant any further relief to which the Court determines it is justly entitled.

Respectfully Submitted,

 /s/ *Jason D Keck*
Arthur V. Lambert
ATTORNEY-IN-CHARGE
Texas State Bar No. 11841250
500 N. Akard Street, Suite 3550
Dallas, TX  75201
Tel: (214) 220-9100
Fax: (214) 220-9122
FISHER & PHILLIPS LLP
alambert@fisherphillips.com

Jason D Keck (*pro hac vice*)
Scott C Fanning (*pro hac vice*)
FISHER & PHILLIPS LLP
10 S. Wacker Dr., Ste. 3450
Chicago, IL 60606
Tel:  (312) 346-8061
Fax:  (312) 346-3179
jkeck@fisherphillips.com
sfanning@fisherphillips.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

      I certify that I filed *Defendants' Motion for Summary Judgment* on March 6, 2023, using the Court's Electronic Filing System which will send notification of this filing upon all registered users, including the following parties:

W.D. MASTERSON  
3141 Hood Street, Suite 500  
Dallas, TX 75219  
(214) 969-9099 - Telephone  
(214) 953-0133 - Fax  
wdm@kilgorelaw.com

**ATTORNEYS FOR PLAINTIFF**

                                     */s/ Jason D Keck*  
                                     Jason D Keck