UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

TIEL JENKINS,

    Plaintiff,

v.                                        No. 4:22-cv-1021-P

AMEDISYS HOLDINGS, LLC,

    Defendant.

## FINAL JUDGMENT

This judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's Order granting Defendant Amedisys Holdings, LLC's Motion for Summary Judgment (ECF No. 28) dated the same day, it is **ORDERED** that this suit is **DISMISSED with prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **13th day of April 2023.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE